

FILED

SEP 27 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| MARY J. RODARTE,, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | CV 12-97-BLG-SEH <br><br> ORDER |

United States Magistrate Judge Carolyn Ostby entered her Findings and Recommendation[1] on the parties' cross-motions for summary judgment on August 16, 2013. Plaintiff filed objections on August 27, 2013,[2] and after being granted an extension of time, Defendant filed a response to Plaintiff's objections on

---

[1] Document No. 28.

[2] Document No. 29.

September 24, 2013.[3] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Magistrate Judge Ostby's Findings and Recommendation and adopt it in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[4] is DENIED.

2. Defendant's Motion for Summary Judgment[5] is GRANTED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 27th day of September, 2013.

SAM E. HADDON
United States District Judge

---

[3] Document No. 32

[4] Document No. 15.

[5] Document No. 22.